IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING

**CHARLES DENNIS POLING,**

       Plaintiff,

v.

**CIVIL ACTION NO. 5:19-CV-238
(BAILEY)**

**WISE SERVICES INC., et al.,**

       Defendants.

## ORDER DISMISSING CASE

On January 21, 2020, this Court ordered plaintiff to show good cause for his failure to render service on the only remaining defendant in this action, Rhys Wade Williams. Plaintiff was warned that "[f]ailure to do so within twenty-one (21) days of this Order shall result in dismissal of the Amended Complaint against this defendant without prejudice" [Doc. 36 at 2]. To date, this Court has received no response from plaintiff and the allotted time to respond has now elapsed.

Accordingly, plaintiff's Amended Complaint **[Doc. 29]** is hereby **DISMISSED WITHOUT PREJUDICE** as to defendant Rhys Wade Williams. Furthermore, as there are now no remaining defendants in this action, this case is hereby **DISMISSED** and the Clerk is **DIRECTED** to **STRIKE** this action from the active docket of this Court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record herein.

**DATED**: February 13, 2020.

                                                            _____
                                                            JOHN PRESTON BAILEY
                                                            UNITED STATES DISTRICT JUDGE